FEBRUARY 8, 1957

*United States* v. *Prime Fur Corp.* (4904).—Furs and fur skins, undressed. Kidskin plates, lambskin plates, manufactures of fur, nonenumerated manufactured articles.